# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 265 MAL 2014
:
               Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JASON A. DOUGHTY, :
:
            Petitioner :


## <u>ORDER</u>


**PER CURIAM**

    **AND NOW**, this 9th day of October, 2014, the Petition for Allowance of Appeal is

**GRANTED**.  The issue is:


> Whether the [h]olding of this Honorable Supreme Court in <u>Commonwealth v. Brachbill</u>, [] 555 A.2d 82, 109 (Pa. 1989), should be partially overturned[] or clarified so that it isn't in conflict with the plain language reading of 18 Pa.C.S.[] § 4952 and in conflict with the well[-]recognized rule of statutory construction that penal statutes must be strictly construed.